IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF:<br>BERNARDI PEREZ, ALEXANDER<br>RIVAS GONZALEZ, KATHERINE D<br>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<br>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<br>Debtor(s) | CASE NO. 00-06375 SEK<br>Chapter 7<br><br>FILED & ENTERED ON 10/15/2002 |

### DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

San Juan, Puerto Rico, this 15 day of October, 2002.

BY THE COURT

*/s/ Sara E. De Jesus*
Sara E. De Jesus
U.S. Bankruptcy Judge

cc: all creditors

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

**EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE**

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. [In a case involving community property:] [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

Debts that are Not Discharged

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

    a. Debts for most taxes;

    b. Debts that are in the nature of alimony, maintenance or support;

    c. Debts for most student loans;

    d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

    e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

    f. Some debts which were not properly listed by the debtor;

    g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

    h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0104-3            User: WRT              Page 1 of 1             Date Rcvd: Oct 15, 2002
Case: 00-06375SEK               Form ID: I02           Total Served: 27
```

The following entities were served by first class mail on Oct 17, 2002.
```
D       BERNARDI PEREZ, ALEXANDER,    RES GANDARA BLQ 12 APT 220,    PONCE,PR 00717
J       RIVAS GONZALEZ, KATHERINE D,  RES GANDARA BLQ 12 APT 220,    PONCE,PR 00717
DA      JULIO RIVERA TORO,  BOX 5090,   PONCE,PR 00731
T       WIGBERTO LUGO MENDER,   PMB 241 3071 AVE ALEJANDRINO,  GUAYNABO,PR 00969-7035
        +CAMARA DE COMERCIANTES MAYORISTAS (,   PO BOX 195337 HATO REY STA,   SAN JUAN,PR 00919
        +DEPARTAMENTO DE HACIENDA (HACIENDA),   PO BOX 9024140 OFICINA 424-B,   SAN JUAN,PR 00902
        STATE INSURANCE FUND (SIF),   PO BOX 365028,    SAN JUAN,PR 00936-5028
        DEPT JUSTICE-FEDERAL LITIGATION (JU,    PO BOX 9020192,    SAN JUAN,PR 00902-0192
        AUTORIDAD ENERGIA ELECTRICA (AEE),   PO BOX 4267,   SAN JUAN,PR 00936
        US TRUSTEE (UST-11),   EDIFICIO OCHOA,   500 TANCA STREET SUITE 301,   SAN JUAN,PR 00901-1922
        OFFICE OF THE US TRUSTEE (UST-7NA),   EDIFICIO OCHOA,   500 TANCA STREET SUITE 301,
           SAN JUAN,PR 00901-1922
        OFFICE OF THE US TRUSTEE (UST-7A),   EDIFICIO OCHOA,   500 TANCA STREET SUITE 301,
           SAN JUAN,PR 00901-1922
        PR DEPARTMENT OF LABOR (LABOR2),   PRUDENCIO RIVERA MARTINEZ BLDG,
           505 MUNOZ RIVERA AVENUE 12 FLOOR,   SAN JUAN,PR 00918
        US TRUSTEE (UST),   EDIFICIO OCHOA,   500 TANCA STREET SUITE 301,   SAN JUAN,PR 00901-1922
1       BANCO POPULAR,   PO BOX 366818,   SAN JUAN,PR 00936-6818
2       ASSOCIATES FINANCE,   111 CARR 174 SUITE 2,   INDUSTRIAL MINILLAS PARK,   BAYAMON,PR 00959-1910
3       POPULAR FINANCE INC,   PO BOX 336090,   PONCE,PR 00733-6090
4       ISLAND FINANCE PUERTO RICO INC,   BANKRUPTCY DEPARTMENT,   PO BOX 195369,   SAN JUAN,PR 00919-5369
5       +COMMOLOCO INC,   1485 BOULEVARD MIGUEL POU,   SUITE 215 CENTRO DEL SUR MALL,   PONCE,PR 00717-2702
6       +JC PENNEY CO/GORBEA & CAMACHO,   CAPITAL CT SOUTH TOWER SUITE 1106,   239 ARTERIAL HOSTOS AVE,
           SAN JUAN,PR 00918-1474
7       JC PENNEY,   PO BOX 364788,   SAN JUAN,PR 00936-4788
8       NORWEST FINANCIAL, INC.,   PO BOX 195369,   SAN JUAN,PR 00919-5369
9       +INTERNAL REVENUE SERVICE,   MERCANTIL PLAZA BLDG ROOM 914,   2 AVE PONCE DE LEON STOP 27 1/2,
           SAN JUAN,PR 00918-1621
10      BANCO POPULAR-PRESTAMOS HIPOTECARIO,   PO BOX 362708,   SAN JUAN,PR 00936-2708
11      CELULARES TELEFONICA,   PO BOX 70366,   SAN JUAN,PR 00936-8366
12      COMMOLOCO,   PO BOX 363769,   SAN JUAN,PR 00936-3769
13      MONEY EXPRESS,   PO BOX 11890,   SAN JUAN,PR 00922-1890
```

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Date: Oct 17, 2002**                        Signature:  _Joseph Speetjens_